

**WINSTON & STRAWN LLP**

North America　Europe　Asia

200 Park Avenue
New York, NY 10166-4193
T: +1 (212) 294-6700
F: +1 (212) 294-4700
www.winston.com

**Electronic Letterhead**

WRITER'S DIRECT DIAL
(212) 294-6867

March 21, 2013

**BY HAND**

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Centre Street
New York, New York 10007

　　　　Re:　*Raniere v. Citigroup Inc.* **(2d Cir. No. 11-5213)**

Dear Sir or Madam:

　　I am writing to request a copy of the CD recording of the oral argument held on March 20, 2013 in the Raniere v. Citigroup Inc. appeal, docket number 11-5213. Please find enclosed a $30 check to cover the required fee.

　　Please contact me at (212) 294-6867 or at llerner@winston.com so I can arrange to have it retrieved when ready from your office. Thank you in advance for your time and attention to this matter.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　Lane H. Lerner
　　　　　　　　　　　　　　　　Managing Attorney

LHL/
Encl.

NY 1527879v2