MAYER·BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

**Lee I. Passacreta**
Direct Tel +1 202 263 3076
lpassacreta@mayerbrown.com

March 25, 2013

40 Foley Square
New York, NY 10007
Clerk's Office

Re:   <u>Recordings of Oral Arguments</u>

Dear Clerk's Office:

Please find a $60 check for purchase of the oral arguments that took place on March 19th in the below two cases. If someone can please call me when the recordings are available, I will then arrange to have them picked up. If there are any questions please do not hesitate to contact me.

1) **Raniere v. Citigroup Inc., Docket No. 11-05213 (2d Cir. Dec 19, 2011)**

2) **Stephanie Sutherland v. Ernst & Young LLP, Docket No. 12-00304 (2d Cir. Jan 24, 2012),**

Sincerely,

*Lee Passacreta*

Lee I. Passacreta
Reference Librarian