Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Tel. 713.890.5000
Fax: 713.890.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Elizabeth Hudson Ducote**
Senior Paralegal
713.890.5186
educote@morganlewis.com

March 22, 2013

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     11-5213, *Raniere v. Citigroup, Inc.*

Dear Ms. Wolfe:

    Enclosed please find a check for $30.00 for the recording of the oral argument for the above referenced case that took place on March 20, 2013. Also enclosed is a return FedEx envelope for the CD.

    Thank you for your attention to this request. If you have any questions, please call or email me. All of my contact information is above.

Sincerely,

Elizabeth Hudson Ducote

EHD
Enclosures

Done
3/28/13
KB

Almaty  Beijing  Boston  Brussels  Chicago  Dallas  Frankfurt  Harrisburg  Houston  Irvine  London  Los Angeles  Miami
Moscow  New York  Palo Alto  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Tokyo  Washington  Wilmington