March 26, 2013

Westlaw Court Express

John DiGregorio

195 Broadway, 4-C-37

New York, NY 10007



To whom it may concern,

I would like a copy of the oral argument from the 3/20/2013 hearing in the following case:

11-5213

*RANIERE v. CITIGROUP INC.*

I will pick the CD up from the 2nd Circuit front desk.

Please contact me at john.digregorio@thomsonreuters.com or call (646)822-3892 when the CD is ready for pickup. Thank you.

Sincerely,

John DiGregorio

Done
3/28/19
A.G.