

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Taylor Crabill**
tcrabill@thompsonwigdor.com

April 2, 2013

**VIA U.S. MAIL**

Office of the Clerk
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: Raniere v. Citigroup Inc., Docket No. 11-05213

To Whom It May Concern:

Enclosed please find a check for the purchase of a CD containing the transcripts from the oral argument held on March 19th, 2013 in the above referenced matter.

If you should have any questions please do not hesitate to contact us.

Sincerely,

Taylor Crabill
Paralegal

Enclosures